IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JACQUELINE HOSEY**                                                                      **PLAINTIFF**

v.                                                   **CIVIL ACTION NO. 2:20-cv-0067-TBM-MTP**

**HOWARD INDUSTRIES, INC.**                                              **DEFENDANT**

## ORDER

This matter is before the Court on Defendant Howard Industries, Inc.'s Motion for Summary Judgment [52]. At the hearing conducted in this matter on January 21, 2022, the Court, having considered the pleadings, the record, the oral arguments of counsel, and the relevant legal authority, announced its findings and conclusions. The Court concluded that the Defendant's Motion for Summary Judgment [52] should be denied.

IT IS THEREFORE ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on January 21, 2022, Defendant Howard Industries, Inc.'s Motion for Summary Judgment [52] is DENIED.

THIS, the 21st day of January, 2022.

                                                             TAYLOR B. McNEEL
                                                      UNITED STATES DISTRICT JUDGE